Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. ROBERT EARL JONES                              Docket No. 97-00037-004 ERIE

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of ROBERT EARL JONES, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 19th day of May 1999, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic drug tests thereafter. Further, the defendant shall be required to contribute to the cost of services for any such treatment not to exceed an amount determined reasonable by the probation officer's sliding scale for substance abuse treatment services.
- The defendant shall pay to the United States a special assessment of $100.

| | |
|---|---|
| 05-19-99: | Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base; 48 months' custody of the Bureau of Prisons, to be followed by 5 years' supervised release. |
| 05-17-02: | Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde. |
| 04-26-04: | Judgment modified by Senior United States District Judge Maurice B. Cohill, Jr., to include participation in the Bureau of Prisons' Comprehensive Sanctions Center program for a period not to exceed 180 days. |
| 04-06-05: | Term of supervised release placed inactive due to more than 30 consecutive days of incarceration. |
| 07-21-05: | Term of supervised release placed into active status after release from incarceration. |
| 05-03-06: | Term of supervised release placed inactive due to more than 30 consecutive days of incarceration. |
| 10-24-06: | Term of supervised release placed into active status after release from incarceration. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant shall not commit another federal, state or local crime.**

On July 26, 2006, the Probation Office reported to the Court that Mr. Jones was arrested and charged by the Erie, Pennsylvania, Police Department on June 9, 2006, with Possession With Intent to Deliver-Crack Cocaine, Possession-Crack Cocaine, and Possession of Drug Paraphernalia. Mr. Jones pled guilty on March 2, 2007, at Criminal No. 1802 of 2006, Erie County Court of Common Pleas, to Possession-Crack Cocaine, and he was sentenced on the same date to 12 months' probation.

U.S.A. vs. ROBERT EARL JONES
Docket No. 97-00037-004 ERIE
Page 2

**The defendant shall refrain from any unlawful use of a controlled substance.**

**The defendant shall refrain from the unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as directed by the probation officer.**

A urine sample taken on March 5, 2007, tested positive for Ecstacy and marijuana. The test was confirmed by Scientific Testing Laboratories on March 17, 2007.

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of the month.**

Mr. Jones failed to report to the Probation Office on the following dates: December 7 and 18, 2006; January 11, 18, and 25, 2007; February 1, 2007; and March, 1, 9, and 15, 2007. It should be noted that Mr. Jones has failed to report to the Probation Office as directed for several months at a time on two occasions in the past two years.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom C, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this _____ day of _____ , 20 ____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____03-30-07_____

_____David J. Conde_____
David J. Conde
U.S. Probation Officer

_____Gerald R. Buban_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:   Erie, PA