# In The United States District Court
## For The Western District Of Pennsylvania

U.S.A.                              )
                                    )
                                    )
                                    )
           vs.                      )          CR 97 - 37E
Robert Earl Jones                   )
                                    )
                                    )
                                    )
                        Defendants  )

HEARING ON   S·R· Violation

Before _____

AUSA Christine Sauer          David Schroeder, Esq.

_____  _____
      Appear for Plaintiff              Appear for Defendant

Hearing Begun  2:30    5/14/07    Hrg Adjourned to _____

Hrg concluded C.A.V. 2:44 5/14/07   Stenographer  S. Werner

### WITNESSES
For Plaintiff                      For Defendant

D Admits to grade D Violations + grade C Violations

Advisory USSG range : Cat. I; most serious Violation is Grade D.
S.R. Revoked / Range = 4-10 mo. Imprisonment

Sentence: 10 mo. served consecutive to the state
sentence he is presently serving.
S.R. 2 yrs. All prior conditions shall continue in
full force + effect