Case 1:97-cr-00037-MBC   Document 131   Filed 05/15/2007   Page 1 of 2
Case 1:97-cr-00037-MBC   Document 129   Filed 05/08/2007   Page 1 of 1
Case 1:97-cr-00037-MBC   Document 128   Filed 05/07/2007   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 97-37 Erie |
| | ) | |
| ROBERT EARL JONES | ) | |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Robert Earl Jones, 3695, Year of Birth: 1971, African American, Male.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee was sentenced in this district for a violation of Title 21, United States Code, Section 846.

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, awaiting disposition of state charges.

5. The above case is set for a supervised release revocation hearing at Erie, PA on May 14, 2007, at 2:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

s/Christine A. Sanner
CHRISTINE A. SANNER
Assistant U.S. Attorney
PA ID No. 85039

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

MAY 8, 2007
DATE

_Maurice B. Cohill, Jr._
SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Attorney

CERTIFIED FROM THE RECORD
Date 5-9-07
ROBERT V. BARTH, JR., CLERK
By _Debra L. Mayo_
Deputy Clerk

EXECU... :HIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON TH ... .. DAY OF ...May......, 20.07... BY TAKING
CUSTC ... = ...def. #1... AT ...ECP....
........... ................... TRANSPORTING HIM/HER, AND
COMM ... 3 HIM/HER TO ...Fed Court / Eric...
........... .... ON THE ...14... DAY OF ...May...
20 ..07.

T. Fitzgerald
..........................................
UNITED STATES MARSHAL
:STERN DISTRICT OF PENNSYLVANIA

..........................................
DEPUTY U.S. MARSHAL

EX ... ED THIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON ... ...14... DAY OF ...May......, 20.07... BY TAKING
CU ... Y OF ...def. #1... AT ...Fed Court...
..... ...................... TRANSPORTING HIM/HER, AND
CO ... TING HIM/HER TO ...Eric Co. Prison...
..... ............ ON THE ...14... DAY OF ...May...
20 .

T. Fitzgerald
..........................................
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

..........................................
DEPUTY U.S. MARSHAL